(78 South. 990)

CRANE CO. v. ONEONTA ICE L. & C. CO. (6 Div. 474.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court,

Blount County; J. E. Blackwood, Judge. Russell & Johnson, of Oneonta, for appellant. Ward & Weaver, of Oneonta, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.